WENDY J. OLSON, IDAHO BAR NO. 7634
UNITED STATES ATTORNEY
**ROBERT C. GRISHAM, IDAHO BAR NO. 2623**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, ID 83712-9903
TELEPHONE:  (208) 334-1211
FACSIMILE:  (208) 334-1414

Attorneys for Defendant United States of America, by and through Department of Interior, Bureau of Indian Affairs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LILIAN JACKSON; VERONDA MOSHO, ELAINE MCKEAN; MARGIE WHITEHORSE; BLAINE JACKSON; LAVON JACKSON, SR.; LAVON JACKSON, JR.; ABIGAIL RAMSEY and DEBRA BILLY, all individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA by and through THE DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS; J.W. DUNFORD & ASSOCIATES, INC., an Idaho corporation; JOSEPH WILLIAM DUNFORD; ZACHARY P. MOORE and JOHN DOES 1-10,<br><br>Defendants. | Case No.  09-CV-00214-E-BLW<br><br>**DECLARATION OF PHILLIP E. GRAF** |

I, PHILLIP E. GRAF, pursuant to the provisions of 28 U.S.C. § 1746, declare:

1. I am employed by the U. S. Department of Interior, Office of the Special Trustee for American Indians ("OST"), Office of Appraisal Services, Northwest Regional Office,

**DECLARATION OF PHILLIP E. GRAF  - Page 1**

Portland, Oregon, ("OAS") as a review appraiser.  I have held this position since September 2005.  By virtue of my position, I have personal knowledge of the facts stated herein.

2.	The OST was created to improve the accountability and management of Indian Funds held in trust by the federal government.  As trustee, the Department of Interior has the primary fiduciary responsibility to manage both tribal trust funds and Individual Money accounts, as well as resources that generate income for those accounts.  *See* www.ost.doi.gov.

3.	The OAS conducts appraisals, appraisal reviews and appraisal consulting of real property interests in support of the Secretary of the Interior's Indian trust asset management responsibilities.  *See* www.ost.doi.gov/oas/about_oas.html.

4.	As a review appraiser, I review appraisals that are contracted out by OAS.  I am responsible for ensuring that the appraisal reports I review and their conclusions are reasonably supported by market information and comply with agency regulations, as well as Federal and professional appraisal standards.  I may also perform appraisals when OAS elects not to contract them out.

5.	This case involves the sale of Allotment 1486 on the Fort Hall Reservation.  Allotment 1486 is Indian Trust Land.

6.	Prior to a sale of Indian Trust Land, the land must be appraised.

7.	An appraisal is initiated by a request from the federal agency responsible for the land to be sold.

8.	In this case, on October 6, 2006, OAS received a Request for Real Estate Appraisal of Allotment 1486 from the U.S. Department of Interior, Bureau of Indian Affairs ("BIA"), Fort Hall Agency.  (Exhibit A.)  The appraisal was to estimate  market value.

9.	Along with the Request, OAS received an S.M.C. Resource Data Sheet ("Data Sheet") for Allotment 1486 along with other properties.  (Exhibit B.)  The Data Sheet was not prepared by an appraiser; it was prepared by a technician.  The conclusion in the Data Sheet regarding the highest and best use of the land is from a soils perspective, not an appraisal perspective.  While the Data Sheet may assist the appraiser in determining highest and best use

**DECLARATION OF PHILLIP E. GRAF  - Page 2**

for appraisal purposes, it does not "establish" highest and best use for appraisal purposes.  The Data Sheet was provided to the appraiser who performed the appraisal.

10. When OAS receives a Request for Real Estate Appraisal, depending on the availability of funding, and what the Regional Supervisory Appraiser wants to do, an OAS appraiser may be assigned to do the appraisal, or the appraisal may be contracted out.  In this case, the decision was made to contract it out.

11. On November 9, 2006, OAS sent to the Department of Interior's National Business Center ("NBC") a Requisition for the appraisal of 123 Allotments on the Fort Hall Reservation, including Allotment 1486.  (Exhibit C.)  Among other things, NBC performs contracting services for the Department of Interior.

12. Attached to the Requisition were a Scope of Work Outline and a Statement of Work.  (Exhibit C.)  These documents described the requirements for the appraisals.  In addition, the Scope of Work Outline identified three potential vendors (appraisal companies).  These were companies to which OAS wanted a Request for Proposals sent.  NBC had the discretion to send a Request to other vendors (appraisal companies) as well.

13. In response to the Requisition, NBC would have sent out a Request for Proposals to prospective bidders.  The Request for Proposals would have included the Scope of Work Outline and Statement of Work.  These documents then became part of the contract with the successful bidder, J. W. Dunford & Associates.

14. On November 27, 2006, OAS sent NBC an Amended Requisition which noted that seven additional allotment appraisals had been added to the previous Requisition. (Exhibit D.)  The Amended Requisition also stated the new total was 139 appraisals.  However, based on the facts that:  (1) the original Requisition requested 123 appraisals; (2) the Amended Requisition indicated that seven additional appraisal requests had been added; and (3) the Scope of Work Outline attached to the Amended Requisition reflected there were to be 130 appraisals, it is apparent the "139 appraisals" referenced in the Amended Requisition was a typographical error, and it should have stated the new total was 130 appraisals.

**DECLARATION OF PHILLIP E. GRAF  - Page 3**

15. After NBC received bids in response to the Request for Proposals, it would have forwarded those bids to OAS, which then makes recommendation to NBC as to whom the contract should be awarded. In making its recommendation, OAS considers: (1) the amount of the bids; (2) which appraisers are familiar with the type of property to be appraised; (3) which appraisers have the geographical competency; and (4) whether the appraisers have the ability to perform the appraisal in the required time frame. There are no specific mandatory regulations or policies governing how OAS is to weigh these factors, of how OAS is to make a selection. OAS has the discretion to consider all the factors and then to select the appraiser it believes will do the best job for the best price.

16. On December 7, 2006, OAS sent an Amended Requisition Transmittal to NBC advising it the low bid on the Request for 130 appraisals was $67,500, which was greater than the projected amount of $56,000. (Exhibit E.) OAS recommended that because of various factors, the low bid be accepted.

17. On December 12, 2006, NBC prepared an Order authorizing the letting of a contract to the low bidder, J. W. Dunford & Associates, to perform the 130 appraisals in accordance with the Statement of Work. (Exhibit F.) The contract amount was $67,500.

18. On March 5, 2007, Dunford prepared an appraisal report which concluded that as of February 28, 2007, the highest and best use of Allotment 1486 was "range," and the Allotment had a market value of $24,000. (Exhibit G.)

19. On May 10, 2007, OAS performed a desk review of Dunford's appraisal. (Exhibit H.) The purpose of the review was to determine if the appraisal was written in accordance with the Uniform Standards of Professional Appraisal Practice ("USPAP") utilizing recognized methods and techniques necessary to produce a credible appraisal report. The review also evaluated the relevance of the data cited and any adjustments made to that data, and assessed the analysis, opinions, and conclusions expressed by the appraiser.

20. The reviewer found Dunford's report "acceptable."

**DECLARATION OF PHILLIP E. GRAF  - Page 4**

21.     Thereafter, copies of Dunford's report and the Review report were sent to the BIA Fort Hall Agency office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 27th day of October, 2010.

/s/ Phillip E. Graf
PHILLIP E. GRAF

**DECLARATION OF PHILLIP E. GRAF  - Page 5**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of October, 2010, the **Declaration of Phillip E. Graf** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Dwight E. Baker
BakerHarrisLaw@cableone.net

Jonathan W. Harris
Jwharris@bakerharrislaw.com

Phillip J. Collaer
pcollaer@ajhlaw.com

And, I hereby certify that the following listed non-registered CM/ECF participants were served by:

☐ United States Mail, postage prepaid
☐ Federal Express
☐ Hand-delivery
☐ Facsimile transmission (fax)

/s/ Janis Malm
Janis Malm
Legal Assistant

**DECLARATION OF PHILLIP E. GRAF - Page 6**