Phillip J. Collaer, ISB No. 3447
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
E-mail: pcollaer@ajhlaw.com

Attorneys for Defendants, J.W. Dunford and Associates, Joseph William Dunford, and
Zachary Moore

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **LILIAN JACKSON; VERONDA MOSHO, ELAINE MCKEAN; MARGIE WHITEHORSE; BLAINE JACKSON; LAVON JACKSON, JR.; LAVON JACKSON, JR.; ABIGAIL RAMSEY and DEBRA BILLY, all individuals,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA by and through THE DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS; J.W. DUNFORD & ASSOCIATES, INC., an Idaho corporation; JOSEPH WILLIAM DUNFORD; ZACHARY P. MOORE and JOHN DOES 1-10,**<br><br>Defendants. | Case No. CV09-214<br><br>**SUPPLEMENTAL AFFIDAVIT OF PHILLIP J. COLLAER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**SUPPLEMENTAL AFFIDAVIT OF PHILLIP J. COLLAER IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1**

Phillip J. Collaer being first duly sworn, deposes and says as follows:

1.      That, at all times relevant, your affiant has been an attorney duly licensed to practice law with the State of Idaho.  As such, your affiant has been a member of the law firm of Anderson, Julian and Hull, Attorneys for defendants, J.W. Dunford and Associates, Joseph William Dunford, and Zachary Moore in the above-entitled matter.  The information contained herein is of your affiant's own personal knowledge.

2.      Attached hereto and identified as Exhibit "A" is a true and correct copy of the Certification of Phillip E. Graf and, the change sheet relating to the deposition of Phillip E. Graf.   The signature page, as well as the change sheet, were received after the defendants' motion for summary judgment was filed which included, as an exhibit, the oral deposition of Mr. Graf.

YOUR AFFIANT FURTHER SAITH NAUGHT.


_____
Phillip J. Collaer


SUBSCRIBED AND SWORN to before me this _____ day of November, 2010.


_____
Notary Public for Idaho
Commission Expires: 2/27/16


**SUPPLEMENTAL AFFIDAVIT OF PHILLIP J. COLLAER IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2**

<u>CERTIFICATE OF MAILING</u>

I HEREBY CERTIFY that on this _9_ day of November, 2010, I served a true and correct copy of the foregoing **SUPPLEMENTAL AFFIDAVIT OF PHILLIP J. COLLAER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Dwight E. Baker
Jonathan W. Harris
BAKER & HARRIS
266 West Bridge Street
Blackfoot, Idaho 83221
Telephone: (208) 785-2310
Facsimile: (208) 785-6749

☐ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☒ Electronic Delivery

Robert C. Grisham
U.S. Attorney's Office
800 Park Blvd, Suite 600
Boise, ID 83712-9903
*Attorneys for United States of America*

☐ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile 334-1414
☒ Electronic Delivery

_____
Phillip J. Collaer

**SUPPLEMENTAL AFFIDAVIT OF PHILLIP J. COLLAER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3**

EXHIBIT 1

ORIGINAL

## CERTIFICATE OF PHILLIP E. GRAF

I, **PHILLIP E. GRAF**, being first duly sworn, depose and say:

That I am the witness named in the foregoing deposition;

that I have read said deposition and know the contents thereof;

that the questions contained therein were propounded to me; and

that the answers therein contained are true and correct, except

for any changes that I may have listed on the Change Sheet

attached hereto.

DATED this **26** day of *October*, 2010.

CHANGES ON ERRATA SHEET    YES ✓    NO_____

_____
PHILLIP E. GRAF

SUBSCRIBED AND SWORN to before me this 26th day of *October*,

2010.

_____
NAME OF NOTARY PUBLIC

OFFICIAL SEAL
LYNN K JENT
NOTARY PUBLIC-OREGON
COMMISSION NO. 416722
MY COMMISSION EXPIRES JUNE 8, 2011

NOTARY PUBLIC FOR *Oregon*

RESIDING AT *Portland, OR*

MY COMMISSION EXPIRES  *6-8-2011*

*25076B4   (Due October 23, 2010)*

ORIGINAL

## CHANGE SHEET FOR PHILLIP E. GRAF

PAGE __13__ LINE __17__ REASON FOR CHANGE __Mistake in recall__

READS __1984__

SHOULD READ __1985__

PAGE __13__ LINE __19__ REASON FOR CHANGE __" " "__

READS __1984__

SHOULD READ __1985__

PAGE __15__ LINE __14__ REASON FOR CHANGE __" " "__

READS __'84__

SHOULD READ __'82__

PAGE __15__ LINE __21__ REASON FOR CHANGE __" " "__

READS __'90__

SHOULD READ __'98__

PAGE __15__ LINE __22__ REASON FOR CHANGE __" "__

READS __2002 to '97__

SHOULD READ __1992 to '98__

PAGE __16__ LINE __1__ REASON FOR CHANGE __" "__

READS __Right__

SHOULD READ __Wrong__

PAGE __16__ LINE __16__ REASON FOR CHANGE __" "__

READS __2000__

SHOULD READ __1998__

PAGE __16__ LINE __18__ REASON FOR CHANGE __" "__

READS __2002__

SHOULD READ __1998__

DEPONENT SIGNATURE: _____ 2507cB4  (Due October 23, 2010)

ORIGINAL

## CHANGE SHEET FOR PHILLIP E. GRAF

PAGE _16_ LINE _20_ REASON FOR CHANGE _Mistake in recall_

READS _Right_

SHOULD READ _wrong_

PAGE _56_ LINE _8_ REASON FOR CHANGE _wrong answer, refer to 55-20_

READS _A-8_

SHOULD READ _A-6_

PAGE _4_ LINE _8_ REASON FOR CHANGE _wrong date_

READS _07/12/06_

SHOULD READ _12/07/06_

~~PAGE _25_ LINE _9_ REASON FOR CHANGE _Page 3 is missing from my package_~~ *PEG*

READS _____

SHOULD READ _____

~~PAGE _25_ LINE _16_ REASON FOR CHANGE _Page 2 is missing from my package_~~ *PEG*

READS _____

SHOULD READ _____

PAGE_____ LINE_____ REASON FOR CHANGE _____

READS _____

SHOULD READ _____

PAGE_____ LINE_____ REASON FOR CHANGE _____

READS _____

SHOULD READ _____

PAGE_____ LINE_____ REASON FOR CHANGE _____

READS _____

SHOULD READ _____

DEPONENT SIGNATURE: _____

25076B4   (Due October 23, 2010)

ORIGINAL

## CHANGE SHEET FOR PHILLIP E. GRAF

PAGE _16_ LINE _20_ REASON FOR CHANGE _Mistake in recall_

READS _Right_

SHOULD READ _wrong_

PAGE _56_ LINE _8_ REASON FOR CHANGE _wrong answer, refer to 55-20_

READS _A-8_

SHOULD READ _A-6_

PAGE _4_ LINE _8_ REASON FOR CHANGE _wrong dates_

READS _07/12/06_

SHOULD READ _12/07/06_

PAGE _25_ LINE _9_ REASON FOR CHANGE _Page 3 is missing from my package_

READS _____

SHOULD READ _____

PAGE _25_ LINE _16_ REASON FOR CHANGE _Page 2 is missing from my package_

READS _____

SHOULD READ _____

PAGE_____ LINE_____ REASON FOR CHANGE _____

READS _____

SHOULD READ _____

PAGE_____ LINE_____ REASON FOR CHANGE _____

READS _____

SHOULD READ _____

PAGE_____ LINE_____ REASON FOR CHANGE _____

READS _____

SHOULD READ _____

DEPONENT SIGNATURE: _____

25076B4  (Due October 23, 2010)

_208/345-9611    M&M COURT REPORTING SERVICE    208/345-8800 (fax)_